UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAINES WILLIAMS,

                    Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

CASE NO. C14-1509-RAJ-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration.  The parties now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 20.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge (ALJ) shall:  (1) further consider the treating source opinion from Jeff Warner, D.O.; (2) reassess the residual functional capacity; and (3) if necessary, obtain supplemental vocational expert testimony.

The Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for

REPORT AND RECOMMENDATION
PAGE - 1

1  further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed

2  order accompanies this Report and Recommendation.

3      DATED this 30th day of March, 2015.

4

5

Mary Alice Theiler
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION
PAGE - 2