UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAINES WILLIAMS,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | CASE NO. C14-1509RAJ<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. United States Magistrate Judge Mary Alice Theiler has issued a Report and Recommendation ("R&R") recommending that the court grant that motion. The court ADOPTS the R&R (Dkt. # 21), REVERSES the final decision of the Commissioner, and REMANDS this matter for further administrative proceedings consistent with the parties' stipulation. Because the parties agree that the remand is pursuant to sentence four of 42 U.S.C. § 405(g), the clerk shall enter judgment for Plaintiff. The clerk shall ensure that Judge Theiler receives notice of this order.

DATED this 31st day of March, 2015.

                       */s/ Richard A. Jones*
                       The Honorable Richard A. Jones
                       United States District Court Judge

ORDER OF REMAND
PAGE - 1